**FILED**
July 20, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JUN MICHAEL DIRAIN, ) <br> ) <br> Defendant. ) | Case No. 2:11CR00296-WBS-6 <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  JUN MICHAEL DIRAIN , Case No. 2:11CR00296-WBS-6 , Charge  18USC § 1349, 981(a)(1)( c) & 28USC § 2461( c) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $__

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

        ✔ (Other)    Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  July 20, 2011  at  2:00 pm .

By   /s/ Gregory G. Hollows <br>
Gregory G. Hollows <br>
United States Magistrate Judge

Copy 5 - Court