```
DANIEL J. BRODERICK, #89424
Federal Defender
MATTHEW M. SCOBLE, Bar #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JUN MICHAEL DIRAIN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CrS 11-296-06 WBS |
| Plaintiff, | **MOTION TO PERMIT INSPECTION & COPYING OF PASSPORT;  ORDER (PROPOSED)** |
| v. | |
| JUN MICHAEL DIRAIN, | |
| Defendant. | (No hearing requested) |
| | Judge: Hon. William B. Shubb |

On August 2, 2011, Mr. Dirain deposited his passport with Pre-Trial Services as a condition of his release on bond. Recently, Mr. Dirain's spouse has applied for a job with the Federal government. As part of her background investigation, she needs to establish that her spouse, defendant Jun Dirain, is a United States citizen. The most expedient way to do this is to provide a copy of the data page from Mr. Dirain's passport.

The Defense proposes to examine the passport in the Clerk's office, and to copy the data page there. At no time will the passport

need to be removed from the Clerk's office and the defendant will not be present for the inspection. Counsel for the government, Assistant US Attorney Steve Lapham, has no objection to this request.

A proposed order follows for the Court's convenience.

Dated: August 28, 2012

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew M. Scoble
_____
MATTHEW M. SCOBLE
Assistant Federal Defender
Attorney for JUN MICHAEL DIRAIN

**O R D E R**

The Defense motion to inspect and copy Mr. Dirain's passport is granted. Defense counsel and the pretrial services officer shall work with the Clerk's office to make necessary arrangements to inspect and copy the defendant's passport.

Dated: August 28, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2