1  BENJAMIN B. WAGNER
   United States Attorney
2  LEE S. BICKLEY
   Assistant United States Attorneys
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

7

8                        IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                CASE NO. 2:11-CR-00296-06 WBS

12                  Plaintiff,                STIPULATION AND [PROPOSED] ORDER
                                              CONTINUING IMPOSITION OF JUDGMENT &
            v.                                SENTENCING
13
    JUN MICHAEL DIRAIN,                       DATE: JULY 7, 2014
14                                            TIME: 9:30 A.M.
                    Defendant.                JUDGE: WILLIAM B. SHUBB
15

16
                                     **STIPULATION**
17
         Plaintiff United States of America, by and through its counsel of record, and defendant Jun
18
    Michael Dirain, by and through his counsel of record, hereby stipulate that the judgment and sentencing
19
    date in the matter presently set for July 7, 2014, at 9:30 a.m. and all accompanying dates associated with
20
    sentencing should be vacated and the matter continued to December 8, 2014, at 9:30 a.m. for a status
21
    conference regarding the imposition of judgment and sentencing.  The trial in this case of Mr. Dirain's
22
    co-defendants is set for April 21, 2015.  Probation does not object.
23
    IT IS SO STIPULATED.
24
    DATED: June 5, 2014                       BENJAMIN B. WAGNER
25                                             United States Attorney

26                                             */s/ Lee S. Bickley*
                                               LEE S. BICKLEY
27                                             Assistant United States Attorney

28                                             For the UNITED STATES OF AMERICA

    Stipulation to Continue Sentencing        1

DATED: June 5, 2014        */s/ Lee S. Bickley for*
                            MATT SCOBLE

                            For defendant JUN MICHAEL DIRAIN

### [PROPOSED] O R D E R

IT IS SO FOUND AND ORDERED that for good cause appearing from the stipulation of the parties that the date for judgment and sentencing in this matter currently scheduled for 9:30 a.m. on July 7, 2014, and all accompanying dates concerning the Presentence Report are vacated and the matter is continued to December 8, 2014, at 9:30 a.m. for the imposition of judgment and sentence.

Dated: June 9, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation to Continue Sentencing                    2