1  BENJAMIN B. WAGNER
   United States Attorney
2  LEE S. BICKLEY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8

                    IN THE UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,              CASE NO.  2:11-CR-296-06 WBS

12                        Plaintiff,       STIPULATION REGARDING CONTINUANCE OF
                                           DIRAIN SENTENCING; [~~PROPOSED~~] FINDINGS
13              v.                         AND ORDER

14  JUN MICHAEL DIRAIN,                    DATE: December 8, 2014
                                           TIME: 9:30 a.m.
15                        Defendant.       COURT: Hon. William B. Shubb

16

17                              **STIPULATION**

18       Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20       1.      By previous order, this matter was set for status on December 8, 2014.

21       2.      Counsel for the parties request the date for judgment and sentencing be continued to June

22  8, 2015, at 9:30 a.m.  The date for the sentencing of Mr. Dirain's co-defendant is also scheduled for June

23  8, 2015.  The other co-defendants in this case are set for jury trial on April 21, 2015.  No Presentence

24  Investigation Report has been completed yet for Mr. Dirain, and Mr. Dirain's counsel Matthew Scoble is

25  unavailable on December 8, 2014.

26       3.      The parties request the Court adopt the following schedule pertaining to the presentence

27  report:

28              **Judgment and Sentencing date:**                    **6/8/15**

                Reply, or Statement of Non-Opposition:              6/1/15

STIPULATION AND [PROPOSED] ORDER RE DIRAIN          1
SENTENCING DATE

1    Motion for Correction of the Presentence Report
2    Shall be filed with the Court and served on the
     Probation Officer and opposing counsel no later than:         5/25/15
3
     The Presentence Report shall be filed with the Court
4    And disclosed to counsel no later than:                       5/18/15
5
     Counsel's written objections to the Presentence Report
6    Shall be delivered to the probation officer and opposing
     Counsel no later than:                                        5/11/15
7
     The Presentence Report shall be filed with the Court
8    And disclosed to counsel no later than:                       4/27/15
9
10         IT IS SO STIPULATED.
11
12
13   Dated:  December 4, 2014                    BENJAMIN B. WAGNER
                                                 United States Attorney
14
                                                 /s/ LEE S. BICKLEY
15                                               LEE S. BICKLEY
                                                 Assistant United States Attorney
16
17
18   Dated:  December 4, 2014                    /s/ LEE S. BICKLEY FOR
                                                 HEATHER WILLIAMS
19                                               Counsel for Defendant
                                                 Jun Michael Dirain
20
21                        **FINDINGS AND ORDER**
22         IT IS SO FOUND AND ORDERED that the sentencing date for Jun Michael Dirain will be June
23   8, 2015, and the December 8, 2015, date is vacated.  The above-described schedule for the presentencing
24   report is adopted.
25   Dated:  December 5, 2014
26
                                        WILLIAM B. SHUBB
27                                      UNITED STATES DISTRICT JUDGE
28

STIPULATION AND [PROPOSED] ORDER RE DIRAIN                2
SENTENCING DATE