HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org
916-498-5700/Fax 916-498-5710

Attorney for Defendant
JUN MICHAEL DIRAIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>JUN MICHAEL DIRAIN,<br><br>  Defendant. | Case No.  2:11-CR-0296 WBS<br><br>**STIPULATION AND ORDER PERMITTING TRAVEL**<br><br>Judge:  Hon. Edmund F. Brennan |

It is hereby stipulated and agreed between defendant, Jun Michael Dirain, and plaintiff, United States of America, that the conditions of pretrial release ordered on July 20, 2011 (doc. nos. 23-24) may be amended to approve Mr. Dirain's request for travel outside the United States between the dates of March 24-27, 2016.

Mr. Dirain seeks permission to travel with his family for a short cruise over spring break. He provided the following itinerary to pretrial services:  (1) drive from Sacramento to Long Beach on March 24; (2) sail on a Carnival ship to Ensenada for three nights; (3) return to Sacramento by car on March 27.  The cruise line has advised Mr. Dirain that he will be able to

complete the trip to Ensenada (in the state of Baja California) using a birth certificate. The Court may retain his passport (surrendered on July 21, 2011; doc. no 38).

Pretrial Services (Officer Mike Evans) has advised the parties that it takes no position on this request. Officer Evans advised that there have been no violations of the conditions of release and told both counsel that Mr. Dirain is doing well on supervision. Mr. Dirain holds a full-time job in Sacramento.

                                  Respectfully submitted,

                                  HEATHER E. WILLIAMS
                                  Federal Defender

Dated:  March 1, 2016                /s/ T. Zindel_____
                                  TIMOTHY ZINDEL
                                  Assistant Federal Defender
                                  Attorney for JUN MICHAEL DIRAIN


                                  BENJAMIN WAGNER
                                  United States Attorney

Dated:  March 1, 2016                /s/  T. Zindel for B. Fogerty _____
                                  BRIAN FOGERTY
                                  Assistant U.S. Attorney


**O R D E R**

The Court approves Mr. Dirain's request to travel as set forth above, from March 24 through 27, 2016. Mr. Dirain shall provide a detailed itinerary to Pretrial Services. All other conditions of release and the bond remain in full force.

IT IS SO ORDERED.

Dated: March 1, 2016                                  _____
                                  HON. EDMUND F. BRENNAN
                                  United States Magistrate Judge