HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org
916-498-5700/Fax 916-498-5710

Attorney for Defendant
JUN MICHAEL DIRAIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUN MICHAEL DIRAIN,<br><br>Defendant. | Case No.  2:11-CR-0296 WBS<br><br>**STIPULATION AND ORDER MODIFYING PRETRIAL RELEASE**<br><br>Judge:  Hon. Edmund F. Brennan |

It is hereby stipulated and agreed between defendant, Jun Michael Dirain, and plaintiff, United States of America, that the conditions of pretrial release ordered on July 20, 2011 (doc. nos. 23-24) may be amended to delete condition 8 (requiring drug or alcohol testing).

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

The parties reached this agreement after a request by Pretrial Services to remove the condition in light of Mr. Dirain's unfailing compliance with this condition for the past five and a half years.

                                          Respectfully submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Defender

Dated: January 25, 2017                /s/ T. Zindel
                                          TIMOTHY ZINDEL
                                          Assistant Federal Defender
                                          Attorney for JUN MICHAEL DIRAIN

                                          BENJAMIN WAGNER
                                          United States Attorney

Dated: January 25, 2017                /s/ T. Zindel for B. Fogerty
                                          BRIAN FOGERTY
                                          Assistant U.S. Attorney

**O R D E R**

Condition 8 of pretrial release is removed.

IT IS SO ORDERED.

Dated: January 26, 2017

                                          HON. EDMUND F. BRENNAN
                                          United States Magistrate Judge