HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org
916-498-5700/Fax 916-498-5710

Attorney for Defendant
JUN MICHAEL DIRAIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-CR-0296 WBS |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TERMINATING SUPERVISION BY PRETRIAL SERVICES** |
| JUN MICHAEL DIRAIN, | |
| Defendant. | Judge: Hon. Deborah Barnes |

It is hereby stipulated and agreed between defendant, Jun Michael Dirain, and plaintiff, United States of America, that the special conditions of pretrial release ordered on July 20, 2011 (doc. 24) may be terminated as to Mr. Dirain, except for conditions 6 (no firearms or dangerous weapons), 11 ("you shall not obtain a new passport during the pendency of this case"), 12-13 (limiting contact with codefendants and prohibiting contact with witnesses), and 14 ("You shall not engage in or assist others in engaging in any real estate transactions, during the pendency of this case"). Mr. Dirain has previously acknowledged these conditions. The existing appearance bond, which is partially secured, shall remain in effect.

/ / / / /

The parties reached this agreement after consultation with Pretrial Services. The purpose of this stipulation is to remove all conditions of pretrial services supervision in light of Mr. Dirain's unfailing compliance with his conditions for the past six and a half years. Mr. Dirain surrendered his existing passport at the time of his release (doc. 38), has made all court appearances as ordered, is gainfully employed, and continues to support his family.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: March 22, 2018          /s/ T. Zindel_____
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for JUN MICHAEL DIRAIN

McGREGOR SCOTT
United States Attorney

Dated: March 22, 2018          /s/ T. Zindel for B. Fogerty \_\_\_\_\_
BRIAN FOGERTY
Assistant U.S. Attorney

**O R D E R**

The special conditions of pretrial release are terminated as to Mr. Dirain except as noted above.

IT IS SO ORDERED.

Dated: March 23, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE