| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | TIMOTHY ZINDEL, #158377 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| | timothy_zindel@fd.org |
| 5 | 916-498-5700/Fax 916-498-5710 |
| 6 | Attorney for Defendant |
| | JUN MICHAEL DIRAIN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:11-CR-0296 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| vs. | ) | **REGARDING TRAVEL AND** |
| | ) | **RETURN OF PASSPORT** |
| JUN MICHAEL DIRAIN, | ) | |
| | ) | |
| Defendant. | ) | Judge: Hon. Edmund F. Brennan |
| | ) | |
| | ) | |

It is hereby stipulated and agreed between defendant, Jun Michael Dirain, and plaintiff, United States of America, that the Clerk shall return Mr. Dirain's U.S. passport to him for purposes of its renewal and so that he may use it to travel to the Philippines in February 2019. The parties agree that the Court shall order both the new and expired passports returned to the Clerk following their return, through further order of the Court or completion of the case.

Pretrial release condition no. 11 ordered on July 20, 2011 (doc. 24) provides "You shall surrender any and all passports to the Clerk, U.S. District Court, and you shall not obtain a new passport during the pendency of this case." On March 26, 2018, the Court terminated Mr. Dirain's pretrial services supervision and modified his conditions, leaving condition 11 in place

(doc. 722). Mr. Dirain has been on pretrial release since July 20, 2011. During this time, other defendants have obtained temporary return of their passports for purposes of traveling outside the U.S. Mr. Dirain wishes to join his family on a trip to the Philippines in February 2019. His existing passport, held by the Clerk, has expired. The purpose of this stipulation is for the Clerk to return the passport so that it may be sent to the State Department and a new passport issued. Mr. Dirain shall return all passports (new and expired) to the Clerk upon issuance. Defense counsel will submit a separate stipulation and order for temporary return of the new passport once Mr. Dirain has made his travel arrangements.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: October 29, 2018      /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for JUN MICHAEL DIRAIN


McGREGOR SCOTT
United States Attorney

Dated: October 29, 2018      /s/ T. Zindel for B. Fogerty
BRIAN FOGERTY
Assistant U.S. Attorney

**ORDER**

The Clerk shall return Mr. Dirain's passport so that he may renew it. Mr. Dirain shall return the new and expired passports to the Clerk once he receives them, and they shall remain with the Clerk pending further order of the Court.

IT IS SO ORDERED.

Dated: October 29, 2018

HON. EDMUND F. BRENNAN
United States Magistrate Judge