HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org
916-498-5700/Fax 916-498-5710

Attorney for Defendant
JUN MICHAEL DIRAIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-CR-0296 WBS |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER REGARDING TRAVEL AND RETURN OF PASSPORT** |
| JUN MICHAEL DIRAIN, | |
| Defendant. | Judge: Hon. Carolyn K. Delaney |

It is hereby stipulated and agreed between defendant, Jun Michael Dirain, and plaintiff, United States of America, as follows:

1. On October 30, 2018, the Court ordered the Clerk to return Mr. Dirain's expired U.S. passport to him so that he could renew it in advance of a family trip to the Philippines scheduled this month. Doc. 790.

2. Mr. Dirain surrendered both the expired and new passports to the Clerk on January 11, 2019, after he received them from the State Department. Docs. 810, 811.

3. Defense counsel provided a copy of Mr. Dirain's travel itinerary to counsel for the government. Mr. Dirain and his family are scheduled to depart from San Francisco on February 21, 2019, and return to the U.S. on March 7, 2019.

4. Mr. Dirain has been on pretrial release since July 20, 2011.  On March 26, 2018, the Court terminated Mr. Dirain's pretrial services supervision and modified his conditions, leaving condition 11 in place (doc. 722), which requires the Clerk to hold his passport.  During this time, other defendants in the case have frequently obtained temporary return of their passports for purposes of traveling outside the U.S.

5. In light of the above, the parties agree that the Clerk shall return Mr. Dirain's current U.S. Passport to defense counsel so that Mr. Dirain may use it for the travel described above, and that he shall surrender the passport to the Clerk promptly after his return on March 7.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  February 12, 2019         /s/ T. Zindel_____
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for JUN MICHAEL DIRAIN


McGREGOR SCOTT
United States Attorney

Dated:  February 12, 2019         /s/  T. Zindel for B. Fogerty _____
BRIAN FOGERTY
Assistant U.S. Attorney

**O R D E R**

The Clerk shall return Mr. Dirain's passport to the Federal Defender's Office so that Mr. Dirain may use it for the trip noted above, which is hereby permitted.  Mr. Dirain shall return his passport to the Clerk promptly following his return to the U.S.

IT IS SO ORDERED.

Dated:  February 13, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE