1    HEATHER E. WILLIAMS, #122664
     Federal Defender
2    TIMOTHY ZINDEL, #158377
     Assistant Federal Defender
3    801 I Street, 3rd Floor
     Sacramento, CA  95814
4    Tel: 916-498-5700/Fax 916-498-5710
     timothy_zindel@fd.org
5    916-498-5700/Fax 916-498-5710

6    Attorney for Defendant
     JUN MICHAEL DIRAIN
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12   UNITED STATES OF AMERICA,          )   Case No.  2:11-CR-0296 WBS
                                        )
13                  Plaintiff,          )
                                        )   **STIPULATION AND ORDER**
14          vs.                         )   **REGARDING TRAVEL AND**
                                        )   **RETURN OF PASSPORT**
15   JUN MICHAEL DIRAIN,                )
                                        )
16                  Defendant.          )   Judge:  Hon. Edmund F. Brennan
                                        )
17   _____)

18

19          It is hereby stipulated and agreed between defendant, Jun Michael Dirain, and plaintiff,

20   United States of America, as follows:

21          1.  On October 30, 2018, the Court ordered the Clerk to return Mr. Dirain's expired U.S.

22              passport to him so that he could renew it in advance of a family trip to the Philippines

23              (now completed).  Doc. 790.

24          2.  Mr. Dirain surrendered both the expired and new passports to the Clerk on January

25              11, 2019, after he received them from the State Department, docs. 810, 811, and again

26              surrendered his passport after traveling to the Philippines, doc. 823.

27          3.  In light of the above, the parties agree that the Clerk shall return Mr. Dirain's current

28              U.S. Passport to defense counsel so that Mr. Dirain may use it for a short trip to

                                            -1-

Mexico, departing April 18, which the parties agree may be permitted. Mr. Dirain

will return the passport to defense counsel for surrender to the Clerk after his return

on April 21.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: April 2, 2019                    /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for JUN MICHAEL DIRAIN


                                        McGREGOR SCOTT
                                        United States Attorney


Dated: April 2, 2019                    /s/ T. Zindel for B. Fogerty
                                        BRIAN FOGERTY
                                        Assistant U.S. Attorney



**O R D E R**

The Clerk shall return Mr. Dirain's passport to the Federal Defender's Office so that Mr.

Dirain may use it for the trip noted above, which is hereby permitted. Mr. Dirain shall return his

passport to the Clerk promptly following his return to the U.S.

IT IS SO ORDERED.


Dated: April 2, 2019
                                        HON. EDMUND F. BRENNAN
                                        United States Magistrate Judge