HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
JUN MICHAEL DIRAIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-CR-0296 WBS |
| Plaintiff, | |
| vs. | **MOTION TO EXONERATE BOND; ORDER** (~~proposed~~) |
| JUN MICHAEL DIRAIN, | |
| Defendant. | Judge: Hon. Allison Claire |

Mr. Dirain asks the Court to enter an order exonerating the bond ordered on July 20, 2011, and returning his passport, in light of his surrender for service of sentence.

On July 20, 2011, the Court ordered Mr. Dirain released on a $100,000.00 bond secured by $10,000.00 cash deposited with the Court by Jane Bertolani and Maty Dirain. Docs. 23, 64. Mr. Dirain also surrendered his U.S. passport, doc. 38. He was allowed to renew it during his release and he surrendered his new passport on May 8, 2019. Doc. 862. Mr. Dirain complied with all conditions of his bond. On September 30, 2019, Judge Shubb ordered him to serve six months in custody. Doc. 921. Defense counsel has confirmed that Mr. Dirain surrendered as ordered on December 3, 2019, and is presently incarcerated at Atwater USP. Considering the timely surrender, the government is unlikely to object to entry of an order exonerating bond, returning the passport, and reconveying property to the sureties as appropriate.

-1-

A proposed order follows.

                                                  Respectfully Submitted,

                                                  HEATHER E. WILLIAMS
                                                  Federal Defender

Dated: December 10, 2019           /s/ T. Zindel  
                                                TIMOTHY ZINDEL
                                                Assistant Federal Defender
                                                Attorney for JUN MICHAEL DIRAIN

**O R D E R**

Bond for Jun Michael Dirain is exonerated. The Clerk of the Court shall release all property securing the bond and shall return Mr. Dirain's passport to defense counsel so that he can return it to Mr. Dirain.

IT IS SO ORDERED.

Dated: December 10, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE